AUSA Eric Doeh
Special Agent Jeremy C. Fitch, DEA

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
ANTONIO SIMMONS

Case: 2:12-mj-30067
Judge: Unassigned,
Filed: 01-25-2012 At 11:35 AM
CMP: Sealed Matter (jj)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2011__ in the county of __Wayne and Elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1), 846 | Conspiracy to possess with intent to distribute and to distribute a controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Jeremy C. Fitch, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/25/12

_Judge's signature_

City and state: Detroit, MI

Hon. Laurie J. Michelson, United States Magistrate Judge
_Printed name and title_

AFFIDAVIT

Affiant, Special Agent Jeremy Fitch, being duly sworn, deposes and states the following:

1. Affiant is a Special Agent (SA) of the Drug Enforcement Administration and has been employed with DEA-Detroit since March 2010. Affiant is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

2. Per a confidential source (hereinafter referred to as DEA-1), **Antonio Maurice SIMMONS** (a/k/a "PANCHO", a/k/a "MAYETE", a/k/a "MALLETE") is a multi-kilogram cocaine customer of Theodore CZACH, who typically receives approximately one hundred (100) kilograms of cocaine per month. DEA-1 stated that sometime in late 2010, during the winter, DEA-1 was present when Antonio SIMMONS was given 75 kilograms of cocaine from a Hispanic male by the name of Oscar Enriquez MARTINEZ, who is no longer actively involved in this drug trafficking organization. DEA-1 stated that the cocaine was in the basement of 7914 Burdeno Street in Detroit, Michigan. **SIMMONS** arrived to this location and picked up the cocaine in person from MARTINEZ.

3. On November 19, 2011, electronic surveillance captured **SIMMONS** sitting in the passenger's side of DEA-1's vehicle, in the Detroit, Michigan metropolitan area. During the meeting between DEA-1 and SIMMONS, electronic surveillance captures DEA-1 say [beginning at 9:49 of the recording], "You pay twenty-nine (29). That's what you paying [talking over each other]. That's what you arguing for. When I go to them for. You remember?" SIMMONS replies, "Right." DEA-1 goes on to say, "You say, hey I want to pay twenty-nine (29) and I talk to the Mexicans. Hey, this this guy want to pay twenty-nine (29) and they say ok." SIMMONS then replies, "I wanna say twenty-eight (28) just to if I wanna pick up the pace. But if they don't wanna pick up the pace, then fuck it. Everything cool. [talking over each other]…". DEA-1 stated that during this portion of the conversation, he/she and **SIMMONS** were discussing the price **SIMMONS** was paying for kilogram quantities of cocaine. DEA-1 further stated that "twenty-nine (29)" and "twenty-eight (28)" as referenced during this portion of the conversation refers to twenty-nine thousand dollars ($29,000) and twenty-eight thousand dollars ($28,000), respectively.

4. DEA-1 has cooperated in this investigation and has proven credible and reliable. To date, as a result of DEA-1's cooperation, DEA has seized approximately $1,956,420.00 in drug proceeds, (United States Currency) and approximately 204 kilograms of cocaine from the DIAS-LUCERO and LUCERO-BUSTAMANTE DTO.

1

5. Based on the aforementioned facts, your affiant maintains that probable cause exists to believe that **Antonio Maurice SIMMONS** conspired with others to knowingly and intentionally possess with intent to distribute a controlled substance, namely cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

S/A Jeremy Fitch
Drug Enforcement Administration

Sworn to and subscribed before me this
25th day of January, 2012.

Honorable Laurie J. Michelson
United States Magistrate Judge
Eastern District of Michigan