TRULINCS 44315039 - SIMMONS, ANTONIO - Unit: ASH-B-B

---

FROM: 44315039
TO:
SUBJECT: MOTION
DATE: 09/24/2020 01:33:08 PM

Case # 11-20699 Honorable Nancy G. Edmunds

My name is Antonio M. Simmons and i am sending you this letter in regards to my motion filed for sentencing and requesting an early release. Unfortunately, there were a few key important factors not included on my behalf in the motion filed by my attorney. I have made numerous attempts to have an open line of communication with my attorney to address these missed factors but my calls and emails have not been returned. There has been a blatant disregard towards my attempts and therefore i choose to communicate with you directly. With that being said, I humbly ask you to review and take in consideration some important factors that were not disclosed in my motion.

I have served 75% of my time and i am 44 months from my release date, i have successfully completed over 20 programs and i have proudly acquired my GED. I also have completed the Residential Drug Program as well. However, the most important factor casually expressed in my motion is my health. I have high blood pressure and i am a diabetic, i am also disabled, and i have been waiting over a year now for surgery on my hernia. These underlying health issues are documented, they are truly concerning and they put me in a high risk in contracting Covid-19 in this facility. I am in a Federal Camp which fellow inmates to leave out, interact with the general public and then return to the facility without proper screening. These fellow inmates return to the unit without temperature checks, without answering a Covid-19 questioner and without being tested for Covid-19. There is a high risk of traffic where inmates are coming and going without proper measures set in place to try and prevent spreading of this deadly virus.

In closing, I fully understand my past actions has landed me in this current situation and by no means do i feel a sense of entitlement. However, I am asking you for some compassion and empathy in these unprecedented times. I humbly ask for an early release and i greatly appreciate you taking the time to consider my request.

Sincerely,

Antonio M. Simmons        *Antonio Simmons*        9-24-20
44315-039

Antonio Simmons #44315-039
Federal Prison Camp
P.O. Box 6001
Ashland KY 41105

CHARLESTON WV 250
25 SEP 2020 PM 2 L

9/25/20

◇ 44315-039 ◇
Nancy Edmunds
231 W Lafayette BLVD
#851
Detroit, MI 48226
United States

48226-270601